1    JOHN F. GARLAND  #117554
     Attorney at Law
2    1713 Tulare Street, Suite 221
     Fresno, California 93721
3
     Telephone:  (559) 497-6132
4    Facsimile:  (559) 579-1530

5    Attorney for Defendant,
     YOUN YEN
6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,   )    Case No.  1:12-CR-00292 AWI-BAM
                            )
11         Plaintiff,             )    STIPULATION TO SET HEARING
                            )    FOR CHANGE OF PLEA
12          v.                )    AND ORDER THEREON
                            )
13   YOUN YEN,               )    DATE: May 13, 2013
                            )    TIME:  10:00 a.m.
14                             )    Courtroom Two
        Defendant.           )
15 _____ )    HONORABLE  ANTHONY  W. ISHII

16

17       Defendant, YOUN YEN, through his counsel, John F. Garland and the United States of

18   America, through its counsel, Benjamin B. Wagner, United States Attorney and Kevin P.

19   Rooney, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's

20   Arraignment on the Superseding Information and Change of Plea hearing on **May 13, 2013** at

21   **10:00 a.m.** before Senior United States District Judge Anthony W. Ishii. The parties also

22   stipulate that the Status Conference presently set on May 13, 2013 at 1:00 p.m. before

23   Magistrate Judge Barbara A. McAuliffe  be vacated.

24

25    Dated: April 23, 2013                               /s/ John F. Garland
26                                           John F. Garland
                                    Attorney for Defendant
27                                       YOUN  YEN

28

1

Dated: April 23, 2013                                        Benjamin B. Wagner
2                                                            United States Attorney

3
                                                    /s/ Kevin P. Rooney
4                                          By:     KEVIN P. ROONEY
                                                   Assistant U.S. Attorney
5

6

7
                                        **ORDER**
8
        GOOD CAUSE APPEARING, based on the stipulation of the parties,
9
IT IS HEREBY ORDERED that the Arraignment on the Superseding Information and Change
10
of Plea hearing for defendant YOUN YEN  is set on May 13, 2013 at 10:00 a.m. and the Status
11
Conference set on May 13, 2013 at 1:00 p.m. is vacated.
12

13
IT IS SO ORDERED.
14

15 Dated:    April 25, 2013
                                          _____
16                                              SENIOR  DISTRICT  JUDGE

17

18

19

20

21

22

23

24

25

26

27

28