1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-292 AWI
12 |                  Plaintiff, |
13 |         v.                  | STIPULATION TO CONTINUE CHANGE OF PLEA AND ORDER
14 | MAYO MARTINEZ MURRILLO |
15 |                  Defendant. |

16

17     The parties to this action agree that the matter should be calendared before the Hon. Anthony W.

18 Ishii on May 13, 2013 at 10:00 a.m. for a change of plea. For this defendant only, this change of plea

19 will supercede the previously scheduled status conference before the Hon. Barbara A. McAuliffe on

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Continue                     1
Change of Plea

May 13, 2013 at 1:00 p.m.  For purposes of the Speedy Trial Act, time is already excluded through May 13, 2013.

Dated:  May 6, 2013                      BENJAMIN B. WAGNER
                                          United States Attorney

                                           /s/ Kevin P. Rooney
                                           KEVIN P. ROONEY
                                           Assistant United States Attorney


Dated:  May 7, 2013                       /s/  Katherine Hart
                                          KATHERINE HART
                                          Attorney for Defendant, MAYO MARTINEZ
                                          MURILLO

IT IS SO ORDERED.

Dated:   May 7, 2013

_____
SENIOR  DISTRICT  JUDGE